■ In the Matter of CARLTON LOUNGE, INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York State Liquor Authority, dated March 2, 1977, and made after a hearing, which suspended petitioner's special on-premises liquor license for a period of 30 days. Determination confirmed and proceeding dismissed on the merits, with costs. The authority's determination finds adequate support in the record. Gulotta, P. J., Latham, Damiani and O'Connor, JJ., concur.